UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-61791-cv-Moreno/Turnoff

ROBIN WEAVER,

       Plaintiff,

  v.

ROBERTO CACERES, individually,
and SCOTT J. ISRAEL, as SHERIFF of
BROWARD COUNTY, Florida,

       Defendants.
_____/

## JOINT MOTION FOR SETTLEMENT CONFERENCE

**COMES NOW** Plaintiff, ROBIN WEAVER, by and through her undersigned attorneys, and Defendants, ROBERTO CACERES, individually, and SCOTT J. ISRAEL, as SHERIFF of BROWARD COUNTY, Florida, by and through their undersigned attorneys, and pursuant to S.D. Fla. L.R. 16.2(d)4, requests that this matter be withdrawn from mediation and referred to a United States Magistrate Judge for a settlement conference, and in support thereof, states the following:

    1.    Plaintiff, Robin Weaver (hereinafter "Weaver") seeks relief under 42 U.S.C. § 1983 against Defendant CACERES, individually, for false arrest, excessive force, and first amendment retaliation.

    2.    Weaver was arrested by Broward County Sheriff's Deputy Robert Caceres (hereinafter "Caceres") on June 21, 2014 at the Stonewall Street Festival and Parade in Wilton Manors, Florida. The festival was organized by Pride One of Broward County, Inc. (hereinafter "Pride One"). To provide security at the festival, Pride One hired off-duty police officers, including Caceres.

3.     The contract between the Broward Sheriff's Office and Pride One includes an indemnification provision which states:

> Permittee agrees to indemnify and hold harmless the Sheriff, BSO, its employees, agents and servants against any and all liability, costs, expenses, attorney's fees, or damages arising from any claim, demand, cause of action, or lawsuit resulting or arising from, either directly or indirectly, services provided under this Permit and Permit Application.

4.     Following the filing of this lawsuit, Defendant Scott J. Israel, as Sheriff of Broward County, Florida, filed an action in Broward County, Florida, alleging that Pride One (through their policy of insurance with insured by Travelers) has refused to indemnify and/or provide the BSO with a defense against Weaver's lawsuit.  That action remains Pending before the Honorable Mily R. Powell, Broward County Circuit Court Judge (Tel: 954/831-7785), *Scott J. Israel, in his official capacity as Sheriff of Broward County v. Pride One of Broward County, Inc., a/k/a Greater Fort Lauderdale Pride, Inc., a Florida Corporation*, Case No. 17-002179 CACE (03).

5.     Based on the foregoing, and subject to the Court's approval and agreement, the parties request a settlement conference where *all* interested parties to this action are requested to attend, including Pride One (and Travelers Insurance).

**WHEREFORE**, Plaintiff requests that the Court refer this matter for a settlement conference.

**DATED** this   17th   day of April, 2017.

| | |
|---|---|
| By: *s/. Hugh L. Koerner*<br>    Hugh L. Koerner<br>    Florida Bar No.: 716952<br>    Email: hlklaw@hughkoerner.com<br>    Hugh L. Koerner, P.A.<br>    Sheridan Executive Centre<br>    3475 Sheridan Street, Suite 208<br>    Hollywood, FL 33021<br>    Telephone:  (954) 522-1235<br>    Facsimile:  (954) 522-1176<br>*Attorneys for Robin Weaver* | **KOPELOWITZ OSTROW**<br>**FERGUSON WEISELBERG**<br>*Attorneys for Defendants*<br>200 SW 1st Avenue, Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone No.:  (954) 525-4100<br>Facsimile No.:   (954) 525-4300<br><br>By:     *s/. David L. Ferguson*<br>    DAVID L. FERGUSON<br>    Florida Bar No. 981737<br>    SETH D. HAIMOVITCH<br>    Florida Bar No. 0085939<br>    Ferguson@kolawyers.com<br>    Haimovitch@kolawyers.com |

### CERTIFICATE OF SERVICE
### Case No.: 16-61791-Civ-MORENO

**I HEREBY CERTIFY** that this ___17th___ day of April, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                      By:   *s/. Hugh L. Koerner*
                              Hugh L. Koerner

## Service List

| | |
|---|---|
| Hugh L. Koerner, Esq. | **David L. Ferguson, Esq.** |
| Florida Bar No.: 716952 | Florida Bar No. 981737 |
| Email: hlklaw@hughkoerner.com | E-Mail: Ferguson@kolawyers.com |
| Hugh L. Koerner, P.A. | **Seth D. Haimovitch, Esq.** |
| Sheridan Executive Centre | Florida Bar No. 0085939 |
| 3475 Sheridan Street, Suite 208 | Email: Haimovitch@kolawyers.com |
| Hollywood, FL 33021 | **Alexis Fields, Esq.** |
| Telephone: (954) 522-1235 | Florida Bar No. 95953 |
| Facsimile: (954) 522-1176 | E-Mail: fields@kolawyers.com |
| *Attorneys for Plaintiff* | **KOPELOWITZ OSTROW** |
| *Robin Weaver* | **FERGUSON WEISELBERG** |
| | *Attorneys for Defendants* |
| | One West Las Olas Boulevard, Suite 500 |
| | Fort Lauderdale, FL 33301 |
| | Telephone No.: (954) 525-4100 |
| | Facsimile No.: (954) 525-4300 |